CHARLES COCHRAN (State Bar No. 98064)
RACHAEL ERICKSON (State Bar No. 217445)
COCHRAN ERICKSON, PC
50 Old Courthouse Square, Suite 601
Santa Rosa, California  95404
Telephone: (707) 544-9006
Facsimile:  (707) 544-7213
Email:      charlie@hintoncochran.com

Attorneys for Plaintiff
BARRY ROSEN


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Emails:  cynthia.mellema@snrdenton.com
         jeffry.butler@snrdenton.com
         megan.barker@snrdenton.com

Attorneys for Defendant
ENCOMPASS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY ROSEN,<br><br>         Plaintiff,<br><br>    vs.<br><br>ENCOMPASS INDEMNITY COMPANY and DOES 1 through 50<br>                Defendants. | No. 3:12-cv-03753-EMC<br><br>**STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROP~~OSE~~D] ORDER** |

Plaintiff Barry Rosen and defendant Encompass Insurance Company, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1. The Court has ordered the parties to complete early neutral evaluation by January 7, 2012.

2. The Court has set the next case management conference for March 14, 2013.

3. Based on the parties' and the early neutral evaluator's schedule and to allow the parties additional time to adequately evaluate the case in order to conduct a meaningful evaluation session, the parties request that the Court continue the deadline to complete the early neutral evaluation until April 8, 2013.

4. The parties further request that the Court continue the March 14, 2013 case management conference to a date convenient to the Court after April 8, 2013.

IT IS SO STIPULATED.

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 11, 2012        By       */s/ Megan Barker*
                                         MEGAN BARKER

Dated: December 11, 2012        COCHRAN ERICKSON, PC


                                By      */s/ Charlie Cochran*
                                        CHARLIE COCHRAN
                                Attorneys for Plaintiff
                                BARRY ROSEN

CASE NO. . 3:12-cv-03753-EMC        -2-        STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER

Dated: December 11, 2012                SNR DENTON US LLP


By      */s/ Megan Barker*
              MEGAN BARKER
       Attorney for Defendant
       ENCOMPASS INSURANCE COMPANY


## [PROPOSED] ORDER

IT IS SO ORDERED that the deadline for the parties to complete early neutral evaluation is April 8, 2013. It is further ordered that the case management conference currently set for March 14, 2013 has been continued to April 18, 2013 at 10:30 a.m. An updated joint CMC statement shall be filed by April 11, 2013.

Dated: December 13, 2012

_____
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
United States District Judge

CASE NO. 3:12-cv-03753-EMC            -3-            STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000